# UNITED STATES DISTRICT COURT

_____ District of _____DELAWARE_____

ASTRAZENECA PHARMACEUTICALS LP, and
ASTRAZENECA UK LIMITED, and
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

            Plaintiffs,

       v.

COBALT PHARMACEUTICALS INC. and
COBALT LABORATORIES INC.,

            Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07 - 811

TO:

     Cobalt Pharmaceuticals Inc.
     c/o Secretary of State
     John G. Townsend Building
     401 Federal Street
     Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

     Mary W. Bourke, Esquire
     Connolly Bove Lodge & Hutz LLP
     The Nemours Building
     1007 North Orange Street
     Post Office Box 2207
     Wilmington, Delaware  19899-2207

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                     12/11/07

CLERK                                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE December 11, 2007 |
| NAME OF SERVER (PRINT) Bryan Stenkic | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State, 401 Federal Street Dover DE 19901 Service Accepted by Karen Charbonneau @ 2:25 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/11/07
          Date

Signature of Server: Bryan Stenkic

Address of Server: 15 East North Street Dover DE 19901

580048

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.