# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

ASTRAZENECA PHARMACEUTICALS LP, and
ASTRAZENECA UK LIMITED, and
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

           Plaintiffs,

      v.

COBALT PHARMACEUTICALS INC. and
COBALT LABORATORIES INC.,

           Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-811

TO:

    Cobalt Laboratories Inc.
    c/o Corporation Trust Company
    1209 Orange Street
    Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Mary W. Bourke, Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    Post Office Box 2207
    Wilmington, Delaware 19899-2207

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Peter T. Dalleo
CLERK

(By) DEPUTY CLERK

DATE 12/11/07

AO 440 (Rev. 10/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/11/07 |
| NAME OF SERVER (PRINT) BEN LOUGHEED | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED COBALT LABORATORIES INC by SERVING THE REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 3:10PM PERSON ACCEPTING: Scott LaScala

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/11/07
            Date

Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

580049

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.