IN THE UNITED STATES DISTRICT COURT
FOR DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT PHARMACEUTICALS INC., and COBALT LABORATORIES INC.,<br><br>Defendants. | Civil Action No.: 07-811 |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Defendants Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc. (collectively, "Cobalt") shall answer, move, or otherwise plead in response to the Complaint is extended to and including January 31, 2008. The parties agree that this stipulation does not waive or otherwise prejudice Cobalt's jurisdictional or venue-based defenses.

| | |
|---|---|
| */s/ Mary W. Bourke*<br>**Mary W. Bourke (#2356)**<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br>mbourke@cblh.com<br><br>*Attorneys for Plaintiffs.* | */s/ Richard L. Horwitz*<br>**Richard L. Horwitz (#2246)**<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>rhorwitz@potteranderson.com<br>*Attorneys for Defendant.* |

WASH_2170805.1

SO ORDERED this _____ day of January, 2008.

_____
United States District Judge

WASH_2170805.1