IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LIMITED, and IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> COBALT PHARMACEUTICALS INC., and COBALT LABORATORIES INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-811-JJF |

## DEFENDANTS' MOTION TO DISMISS COUNT II OF THE COMPLAINT OR TERMINATE THE AUTOMATIC STAY OF APPROVAL

Defendants, Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc. (collectively, "Defendants"), respectfully move pursuant to Fed. R. Civ. P 12(b)(1) for an Order dismissing Count II of the Complaint or terminating the FDA's automatic stay of approval of Defendants' Abbreviated New Drug Application ("ANDA") under 21 U.S.C. §355(j)(5)(B)(iii). The grounds for this Motion are fully set forth in the accompanying Memorandum in Support.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Steven A. Maddox
Jeremy J. Edwards
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
Tel: (202) 672-5300

Dated: January 31, 2008
845815 / 32588

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on January 31, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 31, 2008, the attached document was Electronically Mailed the document to the following person(s):

Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
mbourke@cblh.com

Ford F. Farabow
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com

Charlie E. Lipsey
York M. Faulkner
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
hrenk@fchs.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

841808 / 32588

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LIMITED, and IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-811-JJF |
| v. | ) ) | |
| COBALT PHARMACEUTICALS INC., and COBALT LABORATORIES INC., | ) ) ) | |
| Defendants. | ) | |

### ORDER

Having considered Defendants' Motion To Dismiss Count II Of The Complaint Or Terminate The Automatic Stay Of Approval;

IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Motion is GRANTED. Count II of the Complaint is hereby DISMISSED.

_____
United States District Judge

845815 / 32588