IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>COBALT PHARMACEUTICALS INC., and COBALT LABORATORIES INC.,<br><br>    Defendants. | Civil Action No.: 07-811-JJF-LPS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Plaintiffs shall reply, move, or otherwise plead in response to Defendants' Counterclaims is extended to and including March 21, 2008.

| | |
|---|---|
| */s/ Mary W. Bourke* | */s/ Richard L. Horwitz* |
| **Mary W. Bourke (#2356)** | **Richard L. Horwitz (#2246)** |
| CONNOLLY BOVE LODGE & HUTZ LLP | **David E. Moore (#3983)** |
| 1007 N. Orange Street | POTTER ANDERSON & CORROON LLP |
| Wilmington, DE 19899 | Hercules Plaza |
| Telephone: (302) 658-9141 | 1313 N. Market St., 6th Floor |
| Facsimile: (302) 658-5614 | Wilmington, DE 19899 |
| mbourke@cblh.com | Phone: 302-984-6000 |
| *Attorneys for Plaintiffs* | Fax: 302-658-1192 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| | *Attorneys for Defendants* |

Dated: February 11, 2008

SO ORDERED this _____day of February, 2008.

                                                                United States District Judge

590994

## CERTIFICATE OF SERVICE

I, hereby certify on this 11th day of February, 2008 I electronically filed the foregoing STIPULATION AND ORDER with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Richard L. Horwitz**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com

The undersigned counsel further certifies that, on February 11, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

| **Via Email and Hand Delivery:** | **Via Email and Federal Express:** |
|---|---|
| **Richard L. Horwitz** | **Steve A. Maddox** |
| **David E. Moore** | **Jeremy J. Edwards** |
| POTTER ANDERSON & CORROON LLP | FOLEY & LARDNER LLP |
| Hercules Plaza | Washington Harbour |
| 1313 N. Market St., 6th Floor | 3000 K Street, N.W., Suite 500 |
| Wilmington, DE 19899 | Washington, DC 20007 |
| Phone: 302-984-6000 | Phone: 202-672-5300 |
| Fax: 302-658-1192 | Fax: 202.672.5399 |
| rhorwitz@potteranderson.com | smaddoz@foley.com |
| dmoore@potteranderson.com | jjedwards@foley.com |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By:    */s/ Mary W. Bourke*
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile:  (302) 658-5614
mbourke@cblh.com

590994