IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>   Plaintiffs,<br><br>   v.<br><br>COBALT PHARMACEUTICALS INC., and COBALT LABORATORIES INC.,<br><br>   Defendant. | Civil Action No.: 07-811-JJF-LPS |

## ENTRY OF APPEARANCE

Please enter the appearance of Thomas A. Stevens, in-house counsel for AstraZeneca Pharmaceuticals LP, on behalf of Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.

　　　　　　　　　　　　　　　　　　／s／ Thomas A. Stevens
　　　　　　　　　　　　　　　　　　Thomas A. Stevens, Esq. (#3039)
　　　　　　　　　　　　　　　　　　Sr. Litigation Counsel
　　　　　　　　　　　　　　　　　　Legal Department
　　　　　　　　　　　　　　　　　　AstraZeneca Pharmaceuticals
　　　　　　　　　　　　　　　　　　1800 Concord Pike
　　　　　　　　　　　　　　　　　　Wilmington, DE
　　　　　　　　　　　　　　　　　　302 885 5457 (office)
　　　　　　　　　　　　　　　　　　Thomas.Stevens@astrazeneca.com

Dated: February 12, 2008

591130

## CERTIFICATE OF SERVICE

I, hereby certify on this 12th day of February, 2008 I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Richard L. Horwitz**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com

The undersigned counsel further certifies that, on February 12, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

<u>**Via Email and Hand Delivery:**</u>
**Richard L. Horwitz**
**David E. Moore**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

<u>**Via Email and Federal Express:**</u>
**Steve A. Maddox**
**Jeremy J. Edwards**
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, DC 20007
Phone: 202-672-5300
Fax: 202.672.5399
smaddoz@foley.com
jjedwards@foley.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ Mary W. Bourke
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

591130