IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LIMITED, and IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT PHARMACEUTICALS INC., and COBALT LABORATORIES INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-811-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendants' time to file a Rely Brief on its Motion to Dismiss Count II of the Complaint or Terminate the Automatic Stay of Approval (D.I. 14) shall be extended to April 14, 2008.

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Mary W. Bourke
   Mary W. Bourke (#2356)
   1007 N. Orange Street
   Wilmington, DE 19899
   Tel: (302) 888-6305
   mbourke@cblh.com

*Attorneys for Plaintiffs*

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19899
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Defendants*

SO ORDERED, this _____ day of _____, 2008.

_____
U.S.D.J.

856739 / 32588