IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> COBALT PHARMACEUTICALS INC., and COBALT LABORATORIES INC., <br><br> Defendants. | Civil Action No.: 07-811-JJF-LPS |

**STIPULATION OF DISMISSAL OF DEFENDANTS' COUNTERCLAIMS AND REQUESTS FOR RELIEF RELATING TO U.S. PATENT NO. 6,316,460**

All Plaintiffs, AstraZeneca Pharmaceuticals LP, AstraZeneca UK Ltd., IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha, and all Defendants, Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate that all Counterclaims and Requests for Relief in Defendants' Answers, Defenses, and Counterclaims (D.I. 16) relating to U.S. Patent No. 6,316,460 are hereby dismissed with prejudice.

602219

/s/ David E. Moore                                /s/ Mary W. Bourke
**Richard L. Horwitz (#2246)**                    **Mary W. Bourke (#2356)**
**David E. Moore (#3983)**                        CONNOLLY BOVE LODGE & HUTZ LLP
POTTER ANDERSON & CORROON LLP                     1007 N. Orange Street
Hercules Plaza                                    Wilmington, DE 19899
1313 N. Market St., 6th Floor                     Telephone: (302) 658-9141
Wilmington, DE 19899                              Facsimile: (302) 658-5614
Phone: 302-984-6000                               mbourke@cblh.com
Fax: 302-658-1192                                 *Attorneys for Plaintiffs*
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendants*

DATED: April 2, 2008


SO ORDERED this _____ day of April, 2008.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, hereby certify on this 2nd day of April, 2008 I electronically filed the foregoing STIPULATION OF DISMISSAL OF DEFENDANTS' COUNTERCLAIMS AND REQUESTS FOR RELIEF RELATING TO U.S. PATENT NO. 6,316,460 with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**Richard L. Horwitz**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com

The undersigned counsel further certifies that, on April 2, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

**Via Email and Hand Delivery:**
**Richard L. Horwitz**
**David E. Moore**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**Via Email and Federal Express:**
**Steve A. Maddox**
**Jeremy J. Edwards**
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, DC 20007
Phone: 202-672-5300
Fax: 202.672.5399
smaddoz@foley.com
jjedwards@foley.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: ___/s/ Mary W. Bourke___
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com