IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>     Plaintiffs,<br><br>         v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>     Defendant. | Civ. No. 07-805-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>     Plaintiffs,<br><br>         v.<br><br>Sun Pharmaceutical Industries, Ltd.,<br><br>     Defendant. | Civ. No. 07-806-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>     Plaintiffs,<br><br>         v.<br><br>Sandoz, Inc.,<br><br>     Defendant. | Civ. No. 07-807-JJF-LPS |

607459

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>        Plaintiffs,<br><br>                v.<br><br>Par Pharmaceutical, Inc.,<br><br>        Defendant. | Civ. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>        Plaintiffs,<br><br>                v.<br><br>Apotex Inc. and Apotex Corp.,<br><br>        Defendants. | Civ. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>        Plaintiffs,<br><br>                v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.,<br><br>        Defendants. | Civ. No. 07-810-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>        Plaintiffs,<br><br>                v.<br><br>Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.,<br><br>        Defendants. | Civ. No. 07-811-JJF-LPS |

607459

## JOINT REQUEST FOR EXTENSION AND ORDER

IT IS HEREBY JOINTLY REQUESTED by and between counsel for the parties,

subject to the approval of the Court, that the time within which the parties are to submit

to the Court a proposed Protective Order is extended to and including May 2, 2008.

/s/   Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone:  (302) 658-9141
Facsimile:  (302) 658-5614

*Attorneys for Plaintiffs*

/s/ Mary Matterer (#2696)
MORRIS JAMES LLP
500 South Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:    302-888-6800
Facsimile:     302-571-1750

*Attorneys for Defendant Mylan*

/s/ John M. Seaman (#3868)
ABRAMS & LASTER LLP
20 Montchanin Road
Suite 200
Wilmington, DE 19807
Telephone:    (302) 778-1002
Facsimile:     (302) 778-1001

*Attorneys for Defendant Sun*

/s/ Patricia P. McGonigle (#3126)
SEITZ, VAN OGTROP & GREEN, P. A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE  19899
Telephone:  (302) 888-0600
Facsimile:  (302) 888-0606

*Attorneys for Defendant Sandoz*

/s/ Steven J. Fineman (#4025)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701

*Attorneys for Defendant Par*

607459

/s/ Richard L. Horwitz (#2246)
POTTER ANDERSON & CORROON
    LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Attorneys for Defendant Apotex*

/s/ Richard D. Kirk (#0922)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
Telephone: 302-655-5000
Facsimile: 302.658.6395

*Attorneys for Defendant Aurobindo*

/s/ Richard L. Horwitz (#2246)
POTTER ANDERSON & CORROON
    LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Attorneys for Defendant Cobalt*


SO ORDERED this _____ day of April, 2008.


_____
HON. LEONARD P. STARK
UNITED STATES MAGISTRATE JUDGE

607459