IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>COBALT PHARMACEUTICALS INC., and COBALT LABORATORIES INC.,<br><br>Defendants. | Civil Action No.: 07-811-JJF-LPS |

**STIPULATION OF DISMISSAL OF DEFENDANTS' COUNTERCLAIMS AND REQUESTS FOR RELIEF RELATING TO U.S. PATENT NO. 6,316,460**

All Plaintiffs, AstraZeneca Pharmaceuticals LP, AstraZeneca UK Ltd., IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha, and all Defendants, Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate that all Counterclaims and Requests for Relief in Defendants' Answers, Defenses, and Counterclaims (D.I. 16) relating to U.S. Patent No. 6,316,460 are hereby dismissed with prejudice.

602219

/s/ David E. Moore
**Richard L. Horwitz (#2246)**
**David E. Moore (#3983)**
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendants*

/s/ Mary W. Bourke
**Mary W. Bourke (#2356)**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com
*Attorneys for Plaintiffs*

DATED: April 2, 2008

SO ORDERED this ___7___ day of ~~April~~ May, 2008.

_____
United States District Judge