IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LIMITED, and IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-811-JJF-LPS |
| v. | ) ) ) | |
| COBALT PHARMACEUTICALS INC., and COBALT LABORATORIES INC., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for defendants Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc. hereby certifies that true and correct copies of the following documents were caused to be served on May 13, 2008 upon the following attorneys of record as indicated below:

SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES OF
DEFENDANTS COBALT PHARMACEUTICALS INC. AND COBALT
LABORATORIES INC.

**VIA HAND DELIVERY**

Mary W. Bourke
Kristen Healey Cramer
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE  19899
mbourke@cblh.com
kcramer@cblh.com

**VIA ELECTRONIC MAIL**

Ford F. Farabow
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com

Charlie E. Lipsey
York M. Faulkner
Kenneth M. Frankel
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
charles.lipsey@finnegan.com
york.faulkner@finnegan.com
kenneth.frankel@finnegan.com

Henry J. Renk
Colleen Tracy
Dennis Gregory
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
hrenk@fchs.com
ctracy@fchs.com
dgregory@fchs.com

Thomas A. Stevens
Legal Department
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington, DE  19850
Thomas.Stevens@astrazeneca.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Steven A. Maddox
Jeremy J. Edwards
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
Tel:  (202) 672-5300

Dated: May 13, 2008
864291 / 32588

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19899
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 13, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 13, 2008, the attached document was Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Mary W. Bourke<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>mbourke@cblh.com | Ford F. Farabow<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>ford.farabow@finnegan.com |
| Charlie E. Lipsey<br>York M. Faulkner<br>Kenneth M. Frankel<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>charles.lipsey@finnegan.com<br>york.faulkner@finnegan.com<br>kenneth.frankel@finnegan.com | Henry J. Renk<br>Fitzpatrick, Cella, Harper & Scinto<br>30 Rockefeller Plaza<br>New York, NY 10112<br>hrenk@fchs.com |

Thomas A. Stevens
Legal Department
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington, DE 19850
Thomas.Stevens@astrazeneca.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

841808 / 32588