IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha, <br><br>    Plaintiffs, <br><br>v. <br><br>Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc., <br><br>    Defendants. | Civ. No. 07-811-JJF-LPS |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' FIRST SET OF REQUESTS (NOS. 1 - 39) FOR THE PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on June 4, 2008 in the manner indicated:

**Via Email and Hand Delivery:**
Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19899
Phone: 302-984-6000
Fax: 302-658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**Via Email and Federal Express:**
Steve A. Maddox
Jeremy J. Edwards
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, DC 20007
Phone: 202-672-5300
Fax: 202.672.5399
smaddoz@foley.com
jjedwards@foley.com

|  |  |
|---|---|
|  | Respectfully Submitted: |
|  | /s/ Mary W. Bourke |
| Ford F. Farabow | Mary W. Bourke (#2356) |
| Charles E. Lipsey | CONNOLLY BOVE LODGE & HUTZ LLP |
| Kenneth M. Frankel | 1007 N. Orange Street |
| York M. Faulkner | P.O. Box 2207 |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19899 |
| GARRETT & DUNNER, L.L.P. | Telephone: (302) 658-9141 |
| 901 New York Avenue, N.W. | Facsimile: (302) 658-5614 |
| Washington, D.C. 20001 | mbourke@cblh.com |
| Telephone: (202) 408-4000 |  |
| Facsimile: (202) 408-4400 | *Attorneys for Plaintiffs* |
|  |  |
| Henry J. Renk |  |
| FITZPATRICK, CELLA, HARPER & | Thomas A. Stevens (#3039) |
| SCINTO | ASTRAZENECA PHARMACEUTICALS LP |
| 30 Rockefeller Plaza | 1800 Concord Pike |
| New York, NY 10112 | Wilmington, DE 19850-5437 |
| Telephone: (212) 218-2100 | (302) 885-5457 |
| Facsimile: (212) 218-2200 | (302) 886-8037 |
|  |  |
| *Of Counsel for Plaintiffs* | *Attorney for AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.* |

Dated: June 4, 2008

## CERTIFICATE OF SERVICE

I, hereby certify on the 4th day of June, 2008 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF and have served the following via email:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza<br>1313 N. Market St., 6th Floor<br>Wilmington, DE 19899<br>Phone: 302-984-6000<br>Fax: 302-658-1192<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Steve A. Maddox<br>Jeremy J. Edwards<br>**FOLEY & LARDNER LLP**<br>Washington Harbour<br>3000 K Street, N.W., Suite 500<br>Washington, DC 20007<br>Phone: 202-672-5300<br>Fax: 202.672.5399<br>smaddoz@foley.com<br>jjedwards@foley.com |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: _/s/ Mary W. Bourke_
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

615266